178 So.2d 662

**Lloyd STELLY et al.**

v.

**Rodney STELLY and Marion Stelly.**

No. 47882.

Oct. 13, 1965.

In re: Lloyd Stelly et al. applying for certiorari, or writ of review, to the Court of Appeal, Third Circuit, Parish of Vermilion. 175 So.2d 829.

Writ refused. On the facts found by the Court of Appeal we find that the result reached is correct.